CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 2 7 2006

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GREGORY A. RICHARDSON, #223152, | ) ) | |
| Plaintiff, | ) ) | Civil Action No. 7:06-cv-00154 |
| v. | ) ) | **FINAL ORDER** |
| DANIEL A. BRAXTON, et al., | ) | By: James C. Turk |
| Defendants. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered on this day, it is hereby

**ORDERED**

that plaintiff's request to proceed in forma pauperis shall be and hereby is **DENIED**; this civil action under 42 U.S.C. §1983 is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(g); and the action is hereby **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Final Order and its accompanying Memorandum Opinion to the plaintiff.

ENTER:   This 24th day of March, 2006.

_/s/ James C. Turk_
Senior United States District Judge